IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INFINITY,  No. CIV S-07-2573-WBS-CMK-P

    Petitioner,

  vs.  ORDER

SECRETARY OF STATE OF CALIFORNIA, et al.,

    Respondents.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of mandamus. Petitioner seeks mandamus relief from this court "pursuant to CCP § 1085" to "compel relief from illegal suspension of petitioner's church." The respondents are state agencies and/or officials. Petitioner claims that respondents have improperly suspended his California non-profit corporation, The Church of GOD: The Omnipotent & Omniscient & Omnipresent Love.

       Under 28 U.S.C. § 1651(a), all federal courts may issue writs "in aid of their respective jurisdictions. . ." Here, the relief petitioner seeks would not be in aid of this court's jurisdiction. Rather, he seeks order directing state agencies and/or officials to take certain action.

1

1  Therefore, this petition cannot proceed under § 1651(a).

2      The district court does have original jurisdiction under 28 U.S.C. § 1361 to issue
3  writs of mandamus.  That jurisdiction is limited, however, to writs of mandamus to "compel an
4  officer or employee of the <u>United States or any agency thereof</u> to perform a duty. . ."  28 U.S.C.
5  § 1361 (emphasis added).  In this case, petitioner has not named any officers or employees of the
6  United States as respondents.  Therefore, the petition cannot proceed under § 1361.

7      Finally, it is well-established that the federal court cannot issue a writ of
8  mandamus commanding action by a state or its agencies.  <u>See e.g.</u> <u>Demos v. U.S. Dist. Court for</u>
9  <u>Eastern Dist. of Wash.</u>, 925 F.2d 1160 (9th Cir. 1991).

10      For these reasons, the court finds that dismissal of the instant mandamus petition
11  is appropriate.

12      Based on the foregoing, the undersigned recommends that this mandamus petition
13  be dismissed.

14      These findings and recommendations are submitted to the United States District
15  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
16  after being served with these findings and recommendations, any party may file written
17  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
18  Findings and Recommendations."  Failure to file objections within the specified time may waive
19  the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  December 26, 2007

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE