# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

INFINITY,

    Petitioner,

  vs.

SECRETARY OF STATE OF CALIFORNIA, et al.,

    Respondents.

No. CIV S-07-2573-WBS-CMK-P

ORDER

/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of mandamus.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    This action was initiated by petitioner's filing of a "Petition for a Writ of Mandamus" on December 3, 2007.  On December 27, 2007, the magistrate judge filed findings and recommendations herein recommending that the petition be dismissed and providing that any objections to such findings and recommendations be filed within 20 days.  That order was served on the parties.  Plaintiff did not file objections within the specified time.  Instead, on May 21, 2008, he filed another petition for mandamus in the same nature as that which the Magistrate

1  Judge recommended be dismissed, and in a separate document requested a ruling on his petition.
2  　　　　The court has reviewed the file and finds the findings and recommendations to be
3  supported by the record and by the magistrate judge's analysis.  Petitioner has failed to cure the
4  defects pointed out in the findings and recommendations.
5  　　　　Accordingly, IT IS HEREBY ORDERED that:
6  　　　　1.　　The findings and recommendations filed December 27, 2007, are adopted
7  in full;
8  　　　　2.　　This action is dismissed; and
9  　　　　3.　　The Clerk of the Court is directed to enter judgment of dismissal and close
10 this file.
11 DATED:  May 29, 2008

　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE