**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INFINITY, | No. CIV S-07-2573-WBS-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| SECRETARY OF STATE OF CALIFORNIA, et al., | |
|     Respondents. | |
|                                      / | |

          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of mandamus.  Pending before the court is petitioner's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b) (Doc. 13).   In his motion, petitioner indicates that he never received the court's December 27, 2007, findings and recommendations, apparently due to alleged prison mailroom irregularities.  Petitioner states that he seeks "local notice & an opportunity to pay my fees."  Contrary to petitioner's suggestion, however, judgment was not entered based on petitioner's failure to resolve the fee status for this case.  In fact, petitioner was granted in forma pauperis status on December 18, 2007.  Instead, judgment was entered against petitioner because the court is unable to grant the requested mandamus relief.

Accordingly, IT IS HEREBY ORDERED that petitioner's Rule 60(b) motion (Doc. 13) is denied.

DATED: August 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2