**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INFINITY, | No. CIV S-07-2573-WBS-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| SECRETARY OF STATE OF CALIFORNIA, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of mandamus. Pending before the court is petitioner's motion for reconsideration (Doc. 16) of the court's August 26, 2008, order denying petitioner's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). The court disagrees with petitioner's assertion that it misunderstood his Rule 60(b) motion. The current motion is therefore DENIED.

DATED: September 24, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1